IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Jennifer Amand,<br><br>    Plaintiff,<br>v.<br><br>Asset Recovery Solutions, LLC,<br><br>    Defendant. | Civil Action No.: 5:12-cv-00661-FL<br><br>**ORDER OF ENTRY OF DEFAULT** |

THAT WHEREAS it has been made to appear to the undersigned Clerk for the Eastern District Court of North Carolina, upon affidavit or otherwise, that the Defendant ASSET RECOVERY SOLUTIONS, LLC has failed to plead;

And that the Defendant ASSET RECOVERY SOLUTIONS, LLC is otherwise subject to entry of default as provided by the Rule 55(a) of Federal Rules of Civil Procedure;

NOW, THEREFORE, Default is hereby entered against Defendant ASSET RECOVERY SOLUTIONS, LLC in this action as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 28th day of January, 2013.

_____
Clerk of Court,
Eastern District Court of North Carolina